Fee Paid
NP

| | |
|---|---|
| 1 | GAIL C. TRABISH, ESQ. (#103482) |
| 2 | BOORNAZIAN, JENSEN & GARTHE<br>A Professional Corporation |
| 3 | 555 12th Street, Suite 1800<br>P. O. Box 12925 |
| 4 | Oakland, CA 94604-2925<br>Telephone: (510) 834-4350 |
| 5 | Facsimile: (510) 839-1897 |
| 6 | Attorneys for Defendant<br>TARGET STORES, a division |
| 7 | of Target Corporation, erroneously **E-FILING**<br>sued herein as Target Corporation |

**ADR**

FILED

2007 DEC 19  P 2: 21

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

③

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | KATHLEEN MOORE, | ) **C 07    06409** **PVT** |
| 12 | Plaintiff, | ) [Santa Cruz County Superior Court Case |
| 13 | vs. | ) No.: CV 157464] |
| 14 | TARGET CORPORATION, and Does 1-50, | ) **PETITION FOR REMOVAL OF** |
| 15 | inclusive, | ) **ACTION PURSUANT TO 28 U.S.C.**<br>) **§1441(b) [DIVERSITY]** |
| 16 | Defendants. | ) |
| 17 | | ) Complaint Filed: June 29, 2007 |

**BY FAX**

TO THE CLERK OF THE ABOVE ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant TARGET STORES, a division of Target Corporation (hereinafter "Target"), erroneously sued herein as Target Corporation, hereby moves to this Court the state court action described below.

## I.    JURISDICTION

1. Defendant TARGET is informed and believes that plaintiff Kathleen Moore is a citizen of the State of California, and was at the time of the filing of the complaint and this Petition for Removal.

2. Defendant TARGET is a Minnesota corporation, whose principal place of business is in Roseville, Minnesota.

-1-

1    3.    TARGET is a publicly held corporation whose Chairman and Chief Executive

2    Officer is Bob Ulrich.

3    4.    Defendant TARGET is not a citizen of the state in which this action is pending.

4    5.    The matter in controversy exceeds the sum of $75,000, exclusive of interest,

5    attorney's fees and costs.

6    6.    The Court has jurisdiction by virtue of 28 U.S.C. §1332 and 28 U.S.C. §1441(b).

7

8    **II.    GROUNDS FOR REMOVAL**

9    7.    On June 29, 2007, a civil action was commenced in the Santa Cruz County Superior

10   Court, Unlimited Jurisdiction, of the State of California, entitled *Kathleen Moore v. Target*

11   *Corporation, and Does 1-50, inclusive*, Action No. CV 157464. In said complaint, plaintiff alleges

12   damages arising out of a trip and fall incident outside the Target store in Watsonville, California.

13   A true and correct copy of the summons and complaint is attached hereto and marked as **Exhibit**

14   **A.**

15

16   8.    Defendant TARGET was served with a copy of said Complaint on November 19,

17   2007. A true and correct copy of the Proof of Service is attached hereto and marked as **Exhibit B**.

18   9.    Defendant TARGET is concurrently filing its answer to plaintiff's complaint

19   herewith.

20   10.    This Court has original jurisdiction of this action pursuant to 28 U.S.C. §1332, and

21   the complaint is one which may be removed to this Court by Defendant TARGET pursuant to the

22   provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states, and

23   the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

24   ///

25   ///

26   ///

27   ///

28   ///

-2-

Based on the foregoing, Defendant TARGET respectfully requests that this Court accept removal of this action.

DATED: December 19, 2007

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
/ GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET STORES, a division of
Target Corporation, erroneously sued
herein as Target Corporation

GCT01\421473

-3-

11/19/2007 10:19 FAX 8316852905    Michael J Barsi,Attorney    11.19.07 @004
3:10p

SUM-100

**SUMMONS**
*(CITACION JUDICIAL)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO)* :
TARGET CORPORATION AND DOES 1 TO 50

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTA DEMANDANDO EL DEMANDANTE)* :
KATHLEEN MOORE

F I L E D

JUN 29 2007

ALEX CALVO, CLERK
BY JUDI CLARK
DEPUTY, SANTA CRUZ COUNTY

You have **30 CALENDAR DAYS** after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DIAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Santa Cruz County Superior Court<br>701 Ocean Street<br>Santa Cruz, California 95060 | CASE NUMBER:<br>*(Número del Caso):*  CV 157464 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Michael J. Barsi, Esq.    (831) 685-2900
9011 Soquel Drive, Suite B
Aptos, California 95003

| DATE:<br>*(Fecha)*  JUN 29 2007 | ALEX CALVO Clerk, by<br>*(Secretario)* | JUDI CLARK | , Deputy<br>*(Adjunto)* |
|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)* :
   TARGET CORPORATION
3. ☒ on behalf of *(specify)* :
   under: ☒ CCP 416.10 (corporation)
   ☐ CCP 416.20 (defunct corporation)
   ☐ CCP 416.40 (association or partnership)
   ☐ other *(specify)* :
   ☐ CCP 416.60 (minor)
   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.90 (authorized person)
4. ☐ by personal delivery on *(date)* :  11-19-07

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]
Martin Dean's Essential Forms ™

SUMMONS

Code of Civil Procedure §§ 412.20, 465

**EXHIBIT A**

11/19/2007 10:19 FAX 8316852905          Michael J Barsi, Attorney

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, ~ ver number, and address): | FOR COURT USE ONLY |
|---|---|
| Michael J. Barsi, Esq.        SBN 159970 <br> 9011 Soquel Drive, Suite B <br> Aptos, California 95003 <br> TELEPHONE NO: (831) 685-2900   FAX NO (Optional): (831 685-2905) <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): Plaintiff Kathleen Moore | **F I L E D** <br> JUN 2 9 2007 <br> ALEX CALVO, CLERK <br> BY JUDI CLARK <br> DEPUTY, SANTA CRUZ COUNTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Santa Cruz
STREET ADDRESS: 701 Ocean Street
MAILING ADDRESS: 701 Ocean Street
CITY AND ZIP CODE: Santa Cruz, California 95060
BRANCH NAME:

PLAINTIFF: Kathleen Moore

DEFENDANT: Target Corporation

[X] DOES 1 TO 50

COMPLAINT-Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED (Number):

Type (check all that apply):
[ ] MOTOR VEHICLE  [X] OTHER (specify):  Premises Liability
   [ ] Property Damage   [ ] Wrongful Death
   [X] Personal Injury   [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded   [ ] does not exceed $10,000
       [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER:
157464

1. Plaintiff (name or names): Kathleen Moore

   alleges causes of action against defendant (name or names): Target Corporation and Does 1 To 50

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
  a. [ ] except plaintiff (name):
     (1) [ ] a corporation qualified to do business in California
     (2) [ ] an unincorporated entity (describe):
     (3) [ ] a public entity (describe):
     (4) [ ] a minor   [ ] an adult
       (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
       (b) [ ] other (specify):
     (5) [ ] other (specify):

  b. [ ] except plaintiff (name):
     (1) [ ] a corporation qualified to do business in California
     (2) [ ] an unincorporated entity (describe):
     (3) [ ] a public entity (describe):
     (4) [ ] a minor   [ ] an adult
       (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
       (b) [ ] other (specify):
     (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]   ESSENTIAL FORMS

COMPLAINT-Personal Injury, Property
Damage, Wrongful Death

Moore, Kathleen

| SHORT TITLE: | SE NUMBER: |
|---|---|
| Moore v. Target Corporation | |

4. ☐ Plaintiff *(name)* :

    is doing business under the fictitious name *(specify)* :

    and has complied with the fictitious business name laws.

5.   Each defendant named above is a natural person

  a. ☒ except defendant *(name)* :
      **Target Corporation**
    (1) ☒ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe)* :

    (4) ☐ a public entity *(describe)* :

    (5) ☐ other *(specify)* :

  c. ☐ except defendant *(name)* :
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe)* :

    (4) ☐ a public entity *(describe)* :

    (5) ☐ other *(specify)* :

  b. ☐ except defendant *(name)* :
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe)* :

    (4) ☐ a public entity *(describe)* :

    (5) ☐ other *(specify)* :

  d. ☐ except defendant *(name)* :
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe)* :

    (4) ☐ a public entity *(describe)* :

    (5) ☐ other *(specify)* :

  ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6.   The true names of defendants sued as Does are unknown to plaintiff.
  a. ☒ Doe defendants *(specify Doe numbers)*: 1 to 30      were the agents or employees of other
    named defendants and acted within the scope of that agency or employment.
  b. ☒ Doe defendants *(specify Doe numbers)*: 31 to 50      are persons whose capacities are unknown to
    plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8.   This court is the proper court because
  a. ☐ at least one defendant now resides in its jurisdictional area.
  b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
  d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, and
  a. ☐ has complied with applicable claims statutes, or
  b. ☐ is excused from complying because *(specify)*:

PLD-PI-001 [Rev. January 1, 2007]

ESSENTIAL FORMS™

COMPLAINT-Personal Injury, Property
Damage, Wrongful Death

Moore, Kathleen

Page 2 of 3

11/19/2007 10:19 FAX 8316852905    Michael J Barsi,Attorney

PLD-PI-001

SHORT TITLE:
Moore v. Target Corporation

SE NUMBER

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☒ Premises Liability
   f. ☐ Other *(specify)* :

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☒ loss of earning capacity
   g. ☒ other damage *(specify)* :
      According to proof.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.
   The injuries to plaintiff occurred in Watsonville, Santa Cruz County, California  within the jurisdiction o this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☒ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: June 29, 2007

Michael J. Barsi
(TYPE OR PRINT NAME)

► _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]
ESSENTIAL FORMS™

COMPLAINT-Personal Injury, Property
Damage, Wrongful Death

Page 3 of 3

Moore, Kathleen

11/19/2007 10:19 FAX 8316852905          Michael J Barsi,Attorney                      ☑ 008

PLD-PI-001(4)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Moore v. Target Corporation | |

__ONE__ (number)          **CAUSE OF ACTION- Premises Liability**          Page __Four__

ATTACHMENT TO ☒ Complaint    ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name)*: **Kathleen Moore**
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date)*: July 4, 2005                                 plaintiff was injured on the following premises in the following
fashion *(description of premises and circumstances of injury)*:
Plaintiff Kathleen Moore was injured on July 4, 2005 when she stepped onto a defective sidewalk and
walkway at the entry to Target located in Watsonville, California. Defendants, and each of them, and their
agents and employees, jointly and severally, negligently and carelessley constructed, built, maintained,
managed and controlled the premises and made it available to the general public. Defendants, and each of
them, and their agents and employees, jointly and severally, knew or should have known of the dangerous
condition of the sidewalk and walkway and that such dangerous condition was likly to result in serious
injury to members of the general public. As a result of the dangerous and defective condition of the
premises, Plaintiff has suffered serious and permanent personal injuries including but not limited to injury
to her her left foot and ankle,  right and left knee,  left wrist, left hand, left and right shoulders and arms, left
elbow and neck. Surgical procedures have been conducted to  repair her left ankle and extensive medical
treatment has been necessary and treatment is ongoing.

Prem.L-2.    ☒ **Count One-Negligence** The defendants who negligently owned, maintained, managed and operated
the described premises were *(names)*:
**Target Corporation and**

☒ Does ___1___ to ___40___

Prem.L-3.    ☒ **Count Two-Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or
maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
*(names)*: Target Corporation and

☒ Does ___1___ to ___40___
Plaintiff, a recreational user, was ☐ an invited guest ☐ a paying guest.

Prem.L-4.    ☒ **Count Three-Dangerous Condition of Public Property** The defendants who owned public property on
which a dangerous condition existed were *(names)*:
**Target Corporation**

☒ Does ___1___ to ___40___
a. ☐ The defendant public entity had  ☐ actual ☐ constructive notice of the existence of the
dangerous condition in sufficient time prior to the injury to have corrected it.
b. ☐ The condition was created by employees of the defendant public entity.

Prem.L-5. a. ☒ **Allegations about Other Defendants**  The defendants who were the agents and employees of the other
defendants and acted within the scope of the agency were *(names)*:

☒ Does ___1___ to ___40___
b. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
☐ described in attachment Prem.L-5.b ☐ as follows *(names)*:

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4)(Rev. January 1, 2007)
☐ ESSENTIAL FORMS™

**CAUSE OF ACTION - Premises Liability**

Moore, Kathleen

Code of Procedure § 475.10
www.courtinfo.ca.gov

PLD-PI-001(2)

SHORT TITLE:
Moore v. Target Corporation

SE NUMBER:

**CAUSE OF ACTION- General Negligence**     Page Five

__TWO__
(number)

ATTACHMENT TO [X] Complaint     [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:  Kathleen Moore

alleges that defendant *(name)*:  Target Corporation

[X] Does    1    to 50

was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*:  July 4, 2005
at *(place)*:   Target located at 1415 Main Street, Watsonville, California.

*(description of reasons for liability)* :
Plaintiff Kathleen Moore was injured on July 4, 2005 when she stepped onto a defective sidewalk and walkway at the entry to Target store located in Watsonville, Santa Cruz County, California. Defendants, and each of them, and their agents and employees, jointly and serverally, negligently and carelessly constructed, built, maintained, managed and controlled the premises and made it available to the general public. Defendants, and each of them and their agents and employees, jointly and severally, knew or should have known of the dangerous conditions of the sidewalk and walkway and that such dangerous conditions was likely to result in serious injury to members of the general public. As a result of the dangerous and defective condition of the premises, Plaintiff has suffered serious and permanent personal injuries including, but not limited to injury to her left foot and ankle, right and left knee, left wrist, left hand, left and right shoulders and arms, left elbow and neck. Surgical procedures have been conducted to repair her left ankle and extensive medical treatment has been necessary and treatment is ongoing.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) (Rev January 1, 2007)

[Matthew Bender]
ESSENTIAL FORMS™

**CAUSE OF ACTION- General Negligence**

Code of Civil Procedure § 425.12
www.courtinfo.ca.gov

Moore, Kathleen

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process Transmittal**
11/20/2007
CT Log Number 512808957

TO:　Carter Leuty
　　　Target Corporation
　　　1000 Nicollet Mall
　　　Minneapolis, MN 55403-

RE:　**Process Served in California**

FOR:　Target Corporation (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Kathleen Moore, Pltf. vs. Target Corporation, et al., Dfts. |
| DOCUMENT(S) SERVED: | Summons, Complaint, Notice, Attachment |
| COURT/AGENCY: | Santa Cruz County, Superior Court, CA<br>Case # CV157464 |
| NATURE OF ACTION: | Personal Injury - Slip/Trip and Fall - On or about July 4, 2005 |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Los Angeles, CA |
| DATE AND HOUR OF SERVICE: | By Process Server on 11/19/2007 at 15:10 |
| APPEARANCE OR ANSWER DUE: | Within 30 days after service |
| ATTORNEY(S) / SENDER(S): | Michael J. Barsi<br>9011 Soquel Drive<br>Suite B<br>Aptos, CA 95003<br>831-685-2800 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex Standard Overnight , 790386672923 |
| SIGNED:<br>PER:<br>ADDRESS: | C T Corporation System<br>Nancy Flores<br>818 West Seventh Street<br>Los Angeles, CA 90017 |
| TELEPHONE: | 213-337-4615 |

11/21/07　12:30
FEDEX
11/21/07　12:30
SEDGWICK　D. Royal

Page 1 of 1 / VI

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# EXHIBIT B

**CERTIFICATE OF SERVICE**
**(28 U.S.C. §1746)**

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **PETITION FOR REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441(b) [DIVERSITY]; CIVIL CASE COVER SHEET**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Michael J. Barsi, Esq.                    **Attorneys for Plaintiff**
9011 Soquel Drive, Ste. B
Aptos, CA 95003
(831) 685-2900  Phone
(831) 685-2905  Fax

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on December __19__, 2007.

_____
Alexine L. Braun

GCT01\421473

-4-

PETITION FOR REMOVAL – [Santa Cruz County Sup. Ct. Case No.: CV 157464]