GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation, erroneously
sued herein as Target Corporation

FILED

2007 DEC 19 P 2: 21

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

ADR

E-FILING

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN MOORE, | Case No.: |
| Plaintiff, | C 07 06409 PVT |
| vs. | [Santa Cruz County Superior Court Case No.: CV 157464] |
| TARGET CORPORATION, and Does 1-50, inclusive, | ANSWER TO UNVERIFIED COMPLAINT |
| Defendants. | BY FAX |
| | Complaint Filed: June 29, 2007 |

COMES NOW Defendant TARGET STORES, a division of Target Corporation, erroneously sued herein as Target Corporation, and for its answer to the complaint of plaintiff KATHLEEN MOORE, on file herein, admits, denies and alleges the following:

**GENERAL ALLEGATIONS**

1.  Answering paragraph 1, this answering defendant admits the allegations contained therein.

2.  Answering paragraph 3, this answering defendant states that it has no information or belief concerning the subjects of the allegations therein sufficiently enabling it to answer said paragraph, and on that ground, denies each and every, all and singular, generally and specifically, the allegations contained therein.

3.  Answering paragraph 5(a)(1), this answering defendant admits that Target Stores is

-1-

ANSWER TO UNVERIFIED COMPLAINT – [Santa Cruz County Sup. Ct. Case No.: CV 157464]

a division of Target Corporation, and is a Minnesota corporation whose principal place of business is in Minnesota.

4. Answering the allegations in paragraph 6(a) and (b), this answering defendant states that it has no information or belief concerning the subjects of the allegations therein sufficient to enable it to answer said paragraph, and on that ground, denies each and every, all and singular, generally and specifically, the allegations contained therein.

5. Answering the allegation in paragraph 8(c), this answering defendant denies each and every allegation contained therein.

6. Answering paragraph 10, this answering defendant admits that there are two (2) causes of action for Premises Liability and General Negligence attached.

7. Answering paragraph 11(a), (c), (d), (f) and (g), this answering defendant denies each and every allegation contained therein.

8. Answering paragraph 13, this answering defendant denies each and every allegation contained therein.

9. Answering paragraph 14, this answering defendant denies each and every allegation contained therein.

### FIRST CAUSE OF ACTION – Premises Liability

10. Answering paragraph Prem. L-1, this answering defendant denies each and every allegation contained therein.

11. Answering paragraph Prem. L-2, this answering defendant denies each and every allegation contained therein.

12. Answering paragraph Prem. L-3, this answering defendant denies each and every allegation contained therein.

13. Answering paragraph Prem. L-4, this answering defendant denies each and every allegation contained therein.

14. Answering paragraph Prem. L-5, this answering defendant states that it has no information or belief concerning the subjects of the allegations therein sufficient to enable it to answer said paragraph, and on that ground, denies each and every, all and singular, generally and

ANSWER TO UNVERIFIED COMPLAINT – [Santa Cruz County Sup. Ct. Case No.: CV 157464]

specifically, the allegations contained therein.

## SECOND CAUSE OF ACTION – General Negligence

15. Answering paragraph GN-1, this answering defendant denies each and every allegation contained therein.

## DEMAND FOR JURY TRIAL

This answering defendant demands a jury trial.

## AFFIRMATIVE DEFENSES

**COMES NOW**, Defendant TARGET STORES, a division of Target Corporation, erroneously sued herein as Target Corporation, and for its answer to the complaint of plaintiff on file herein alleges as follows:

**AS A FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE VERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, this answering defendant is informed and believes and thereon alleges that plaintiff was comparatively at fault in the manner and style as set forth in the case of *Li v. Yellow Cab Co.* (1975) 13 Cal.3d 804, and defendant prays that any and all damages sustained by said plaintiff be reduced by the percentage of her negligence.

**AS A SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE VERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF**, this answering defendant is informed and believes and thereon alleges that the damages complained of, if any there were, were proximately contributed to or caused by the carelessness, negligence, fault or defects created by the remaining parties in this action, or by other persons, corporations or business entities unknown to this answering defendant at this time, and were not caused in any way by this answering defendant, or by persons for whom this answering defendant is legally liable.

Should this answering defendant be found liable to plaintiff, which liability is expressly denied, said defendant is entitled to have this award against it abated, reduced or eliminated to the extent that the negligence, carelessness, fault or defects created by the remaining parties in this

1  action, or by said other persons, corporations or business entities, contributed to plaintiff's
2  damages, if any.
3  this answering defendant is informed and believes and thereon alleges that neither the complaint
4  nor any of its alleged causes of action states facts sufficient to constitute a cause of action against
5  this answering defendant.

6        **AS A THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE
7  VERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION
8  THEREOF,** this answering defendant is informed and believes and thereon alleges that neither the
9  complaint nor any of its alleged causes of action states facts sufficient to constitute a cause of
10  action against this answering defendant.

11        **AS A FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE
12  VERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION
13  THEREOF,** this answering defendant is informed and believes and thereon alleges that plaintiff
14  failed to mitigate her alleged damages as required by law.

15        **AS A FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE
16  VERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION
17  THEREOF,** this answering defendant is informed and believes and thereon alleges that as a
18  matter of law, the condition constituted a trivial defect.

19        **AS A SIXTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE
20  VERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION
21  THEREOF,** this answering defendant is informed and believes and thereon alleges that plaintiff
22  knew, or in the exercise of ordinary care should have known, of the risks and hazards involved in
23  the undertaking in which she was engaged, but nevertheless and knowing these things, did freely
24  and voluntarily consent to assume all the risks and hazards involved in the undertaking.

25        **WHEREFORE,** this answering defendant prays as follows:
26      1.    That plaintiff take nothing by her complaint and that this answering defendant be
27  dismissed hence;
28      2.    For reasonable attorneys' fees;

3.   For costs of suit incurred herein; and

4.   For such other and further relief as the Court deems fit and proper.

DATED: December 18, 2007

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET STORES, a division of
Target Corporation, erroneously sued
herein as Target Corporation

GCT01\421473

-5-

ANSWER TO UNVERIFIED COMPLAINT – [Santa Cruz County Sup. Ct. Case No.: CV 157464]

## CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **ANSWER TO UNVERIFIED COMPLAINT**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Michael J. Barsi, Esq.                **Attorneys for Plaintiff**
9011 Soquel Drive, Ste. B
Aptos, CA  95003
(831) 685-2900  Phone
(831) 685-2905  Fax

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on December 19, 2007.

_Alexine L. Braun_
Alexine L. Braun

GCT01\421473

-6-