

GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation, erroneously
sued herein as Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KATHLEEN MOORE, | ) | Case No.: C-07-06409 PVT |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| TARGET CORPORATION, and Does 1-50, | ) | |
| inclusive, | ) | |
| | ) | Complaint Filed:  June 29, 2007 |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**
**(28 U.S.C. §1746)**

I am employed in the County of Alameda, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service.  On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the:

1.    Order Setting Initial Case Management Conference and ADR Deadlines;

2.    Welcome to the U.S. District Court Handout;

-1-

3.     General Order No. 40

4.     ECF Registration Information Handout;

5.     General Order No. 45;

6.     Notice of Electronic Availability of Case File Information;

7.     General Order No. 53;

8.     Notice of Lawsuit and Request for Waiver of Service of Summons;

9.     Waiver of Service of Summons;

10.    Instructions for Completion of ADR Forms Regarding Selection of An ADR Process;

11.    Order of the Chief Judge in Re: Electronic Filing in Cases with Unrepresented Parties;

12.    Standing Order for Patricia V. Trumbull; and

13.    Dispute Resolution Procedures in the Northern District of California.

addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Michael J. Barsi, Esq.                    **Attorneys for Plaintiff**
9011 Soquel Drive, Ste. B
Aptos, CA  95003
(831) 685-2900  Phone
(831) 685-2905  Fax


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on December 21, 2007.

_____
Alexine L. Braun

GCT01\421927

-2-