1
2
3
4
5
6                     UNITED STATES DISTRICT COURT
7                    NORTHERN DISTRICT OF CALIFORNIA
8
9   KATHLEEN MOORE,                      No. C -07-06409 PVT
10          Plaintiff(s),                **CONSENT TO PROCEED BEFORE A
                                         UNITED STATES MAGISTRATE JUDGE**
11     v.
    TARGET CORPORATION, et al.
12
13          Defendant(s).
                                     /
14

15          CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18  proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20
21  Dated: December 26, 2007                    _____/s/_____
                                                Signature
22
                                                Counsel for  Def. TARGET STORES
23                                              (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Michael J. Barsi, Esq.                **Attorneys for Plaintiff**
9011 Soquel Drive, Ste. B
Aptos, CA  95003
(831) 685-2900  Phone
(831) 685-2905  Fax

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on December 26, 2007.

_____
Alexine L. Braun

GCT01\421473