1 | GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
2 | A Professional Corporation
555 12th Street, Suite 1800
3 | P. O. Box 12925
Oakland, CA 94604-2925
4 | Telephone: (510) 834-4350
Facsimile: (510) 839-1897
5 |
Attorneys for Defendant
6 | TARGET STORES, a division
of Target Corporation, erroneously
7 | sued herein as Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KATHLEEN MOORE, | ) Case No.: C-07-06409 PVT |
|---|---|
| Plaintiff, | ) **STIPULATION TO LIMIT DAMAGES** |
| vs. | ) |
| TARGET CORPORATION, and Does 1-50, inclusive, | ) |
| | ) Complaint Filed: June 29, 2007 |
| Defendants. | ) |

Plaintiff Kathleen Moore and her attorney, Michael J. Barsi of the Law Offices of Michael J. Barsi agree as follows:

1. Plaintiff Kathleen Moore agrees not to seek damages for, nor collect any judgment in excess of $74,999.99, exclusive of interest and costs, in this action.

2. The federal court no longer having jurisdiction of this claim, the matter will be remanded to state court for all further proceedings.

/ / /

/ / /

/ / /

/ / /

-1-

STIPULATION TO LIMIT DAMAGES – Case No.: C-07-06409 PVT

1     3.   Plaintiff's agreement to limit her claim for damages will be binding in the state court action after remand.

DATED: 1/29/08

_____
KATHLEEN MOORE
Plaintiff

DATED: 1/29/08

_____
MICHAEL J. BARSI, ESQ.
Attorney for Plaintiff KATHLEEN MOORE

DATED: 1/28/08

_____
GAIL C. TRABISH, ESQ.
Attorney for Defendant TARGET STORES, a division of Target Corporation, erroneously sued herein as Target Corporation

25246\423898

-2-

STIPULATION TO LIMIT DAMAGES – Case No.: C-07-06409 PVT

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **STIPULATION TO LIMIT DAMAGES** addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Michael J. Barsi, Esq.                **Attorneys for Plaintiff**
Law Office of Michael J. Barsi
8070 Soquel Drive, Ste. 210
Aptos, CA  95003
 (831) 685-2900  Phone
(831) 685-2905  Fax

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on February 1, 2008.

_____
Alexine L. Braun

25246\423898