1  GAIL C. TRABISH, ESQ. (#103482)
   BOORNAZIAN, JENSEN & GARTHE
2  A Professional Corporation
   555 12th Street, Suite 1800
3  P. O. Box 12925
   Oakland, CA 94604-2925
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5
   Attorneys for Defendant
6  TARGET STORES, a division
   of Target Corporation, erroneously
7  sued herein as Target Corporation

8
               UNITED STATES DISTRICT COURT
9
               NORTHERN DISTRICT OF CALIFORNIA
10

11 KATHLEEN MOORE,                )   Case No.: C-07-06409 PVT
                                  )
12         Plaintiff,              )   **[PROPOSED] ORDER REMANDING
                                  )   CASE TO STATE COURT**
13 vs.                            )
                                  )
14 TARGET CORPORATION, and Does 1-50, )
   inclusive,                     )
15                                )
           Defendants.             )   Complaint Filed: June 29, 2007
16                                )
   _____)
17
         Pursuant to the stipulation of the parties,
18
         IT IS HEREBY ORDERED:
19
   1.    The above captioned matter is remanded to Santa Cruz County Superior Court.
20

21

22 DATED:

23
                                          _____
24                                        U.S. MAGISTRATE JUDGE
                                          PATRICIA V. TRUMBULL
25

26 25246\423897

27

28
                                        -1-

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **[PROPOSED] ORDER REMANDING CASE TO STATE COURT** addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Michael J. Barsi, Esq.　　　　　　　　　　**Attorneys for Plaintiff**
Law Office of Michael J. Barsi
8070 Soquel Drive, Ste. 210
Aptos, CA 95003
(831) 685-2900 Phone
(831) 685-2905 Fax

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on February 1, 2008.

*/s/ Alexine L. Braun*
Alexine L. Braun

25246\423897

---

-2-

[PROPOSED] ORDER REMANDING CASE TO STATE COURT – Case No.: C-07-06409 PVT