GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation, erroneously
sued herein as Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN MOORE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, and Does 1-50, inclusive,<br><br>　　　　Defendants. | Case No.: C-07-06409 PVT<br><br>**[PROPOSED] ORDER REMANDING CASE TO STATE COURT**<br><br><br>Complaint Filed: June 29, 2007 |

("[PROPOSED]" shown struck through)

　　　Pursuant to the stipulation of the parties,

　　　IT IS HEREBY ORDERED:

　　　1.　The above captioned matter is remanded to Santa Cruz County Superior Court.

DATED: 2/4/08

　　　　　　　　　　　　　　　　_/s/ Patricia V. Trumbull_
　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL

25246\423897

-1-

[PROPOSED] ORDER REMANDING CASE TO STATE COURT – Case No.: C-07-06409 PVT